**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SANDRA HARRIS,

Plaintiff

v.

TESLA MOTORS NV, INC.,

Defendant

Case No.: 2:26-cv-03395-APG-DJA

**Order**

The defendants removed this action to the unofficial southern division of the court, but the events described in the complaint took place in Washoe County and the suit was filed in state court in Storey County, both of which are in the unofficial northern division. LR IA 1-6. Under Local Rule LR IA 1-8(a), "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the defendants regarding any filing fee.

Dated this 21st day of October, 2026.

ANDREW P. GORDON
United States District Judge